# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff(s),<br><br>    v.<br><br>KANWALJIT KULAR individually and dba E-Z SHOP-N-GO; HARBANS KULAR individually and dba E-Z SHOP-N-GO,<br><br>        Defendant(s). | Case No. 1:18-cv-01113-LJO-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE**<br><br>(ECF No. 8) |

On November 26, 2018, Plaintiff filed a notice of voluntary dismissal of this action. (ECF No. 8). Thus, the case has ended, and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **November 27, 2018**        /s/ *Erica P. Grosjean*

                                  UNITED STATES MAGISTRATE JUDGE

1